

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-25-00791-CV

Bianca Rose **FOX**,
Appellant

v.

**CYPRESS AT STONE OAK**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023-CV-01033
Honorable David J. Rodriguez, Judge Presiding

**ORDER**

Sitting:    Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's emergency motion for temporary relief and stay of enforcement is DENIED.

It is so **ORDERED** on January 14, 2026.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court